# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kurren, Barry M. | U.S. District Court, Hawaii | 06/21/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge, Full-Time | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States District Court
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust # 1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kurren, Barry M. | 06/21/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Tesoro Petroleum Corporation |
| 2. 2015 | Hawaii Dental Service |
| 3. 2015 | First Insurance Company of Hawaii |
| 4. 2015 | First Hawaiian Bank |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Magistrate Judges Association | Sept. 16-18 | Washington, D.C. | Executive Board Meeting | Transportation, meals, hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kurren, Barry M. | 06/21/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Trust #1 | G | Int./Div. | P2 | T | | | | | |
| 2.   -Schwab Money Market Fund | | | | | Sold | 03/09/15 | L | A | |
| 3.   -Oakmark International Fund Cl 1 | | | | | | | | | |
| 4.   -Dodge & Cox Stock Fund | | | | | | | | | |
| 5.   -HGM Preferred | | | | | Sold | 03/25/15 | J | A | |
| 6.   -Oakmark Equity Income Fund | | | | | | | | | |
| 7.   -Jensen Portfolio Class J | | | | | | | | | |
| 8.   -RBS+M Preferred | | | | | Sold | 05/12/15 | J | A | |
| 9.   -Real Property - Honolulu, Hawaii | | | | | | | | | |
| 10.   -Loomis Sayles Bond Fund | | | | | Sold | 03/25/15 | M | C | |
| 11.   -Treasury Bills | | | | | | | | | |
| 12.   -Treasury Notes | | | | | | | | | |
| 13.   -Hawaii State Revenue Bonds | | | | | Buy (add'l) | 04/09/15 | K | | |
| 14. | | | | | Buy (add'l) | 04/15/15 | J | | |
| 15. | | | | | Buy (add'l) | 04/27/15 | K | | |
| 16.   -Hawaii State General Obligation Bonds | | | K | T | Sold (part) | 10/21/15 | K | B | |
| 17. | | | | | Buy (add'l) | 04/08/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kurren, Barry M. | 06/21/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 04/27/15 | K | | |
| 19. | | | | | Buy (add'l) | 04/23/15 | K | | |
| 20. | | | | | Buy (add'l) | 05/01/15 | K | | |
| 21. | | | | | Buy (add'l) | 07/01/15 | J | | |
| 22. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 23. -Honolulu General Obligation Bonds | | | K | T | Sold (part) | 07/06/15 | K | A | |
| 24. | | | | | Buy (add'l) | 03/19/15 | K | | |
| 25. | | | | | Buy (add'l) | 03/18/15 | J | | |
| 26. | | | | | Buy (add'l) | 03/30/15 | J | | |
| 27. | | | | | Buy (add'l) | 04/08/15 | K | | |
| 28. | | | | | Buy (add'l) | 04/17/15 | K | | |
| 29. | | | | | Buy (add'l) | 04/27/15 | K | | |
| 30. | | | | | Buy (add'l) | 05/01/15 | K | | |
| 31. | | | | | Buy (add'l) | 07/07/15 | K | | |
| 32. | | | | | Buy (add'l) | 09/01/15 | K | | |
| 33. -Hawaii State Special Purpose Revenue Bonds | | | K | T | Sold (part) | 09/17/15 | K | C | |
| 34. | | | | | Buy (add'l) | 03/27/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kurren, Barry M. | 06/21/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐　NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 04/08/15 | J | | |
| 36. | | | | | Buy (add'l) | 04/09/15 | J | | |
| 37. | | | | | Buy (add'l) | 05/12/15 | J | | |
| 38.   -Honolulu Revenue Bonds | | | | | | | | | |
| 39.   -Honolulu Water Revenue Bonds | | | K | T | Sold (part) | 08/03/15 | K | A | |
| 40. | | | | | Buy (add'l) | 03/30/15 | K | | |
| 41. | | | | | Buy (add'l) | 04/02/15 | K | | |
| 42. | | | | | Buy (add'l) | 04/08/15 | J | | |
| 43. | | | | | Buy (add'l) | 05/05/15 | J | | |
| 44. | | | | | Buy (add'l) | 07/23/15 | L | | |
| 45.   -Puerto Rico Revenue Bonds | | | | | Sold | 04/02/15 | K | A | |
| 46.   -American Century Tax Free Bond Fund | | | | | Sold | 03/25/15 | N | C | |
| 47.   -First Hawaiian Bank Account | | | | | | | | | |
| 48.   -Dreyfus Treasury Prime Investor Money Market Fund | | | | | Open | 03/09/15 | L | | |
| 49.   -New York General Obligation Bonds | | | | | Buy | 03/16/15 | J | | |
| 50.   -Massachusetts State General Obligation Bonds | | | | | Buy | 04/02/15 | K | | |
| 51.   -Washington State General Obligation Bonds | | | | | Buy | 04/22/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kurren, Barry M. | 06/21/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Maui County General Obligation Bonds | | | | | Buy | 04/24/15 | K | | |
| 53. -California State General Obligation Bonds | | | | | Buy | 04/29/15 | K | | |
| 54. -New York Revenue Bonds | | | | | Buy | 04/29/15 | J | | |
| 55. -Memphis General Obligation Bonds | | | | | Buy | 05/05/15 | K | | |
| 56. -Florida State Revenue Bonds | | | | | Buy | 06/26/15 | K | | |
| 57. -Alaska State Revenue Bonds | | | | | Buy | 07/06/15 | J | | |
| 58. -University of Hawaii Revenue Bonds | | | | | Buy | 09/11/15 | K | | |
| 59. -Santa Monica Community College General Obligation Bonds | | | | | Buy | 12/21/15 | J | | |
| 60. IRA#1 | D | Int./Div. | O | T | | | | | |
| 61. -Schwab Money Market Fund | | | | | Sold | 04/08/15 | K | A | |
| 62. -Schwab US Large Cap ETF | | | | | Sold | 04/09/15 | N | E | |
| 63. -Schwab International Equity ETF | | | | | Sold | 04/09/15 | L | A | |
| 64. -SPDR Barclays International Treasury Bond ETF | | | | | Sold | 04/09/15 | J | A | |
| 65. -Schwab US Small Cap ETF | | | | | Sold | 04/09/15 | L | D | |
| 66. -Schwab US Aggregate Bond ETF | | | | | Sold | 04/09/15 | L | B | |
| 67. -PowerShares High Yield Corporate Bond ETF | | | | | Sold | 04/09/15 | J | A | |
| 68. -Schwab Emerging Markets Equity ETF | | | | | Sold | 04/09/15 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kurren, Barry M. | 06/21/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Schwab US TIPS ETF | | | | | Sold | 04/09/15 | K | A | |
| 70. -Dreyfus Treasury Prime Money Market Fund | | | | | Buy | 04/09/15 | K | | |
| 71. -BlackRock Global Allocation Fund | | | | | Buy | 04/09/15 | J | | |
| 72. -Ishares S&P Index ETF | | | | | Buy | 04/09/15 | M | | |
| 73. -Ishares S&P Value Index ETF | | | | | Buy | 04/09/15 | K | | |
| 74. -Ishares MSCIEFE ETF | | | | | Buy | 04/09/15 | M | | |
| 75. -Vanguard Short-Term Inflation Protected ETF | | | | | Buy | 04/09/15 | J | | |
| 76. -Vanguard FTSE Emerging Markets ETF | | | | | Buy | 04/09/15 | K | | |
| 77. -Vanguard Extended Market ETF | | | | | Buy | 04/09/15 | L | | |
| 78. -Neuberger Berman Absolute Return Multi-Manager Fund | | | | | Buy | 04/09/15 | K | | |
| 79. -Principal Diversified Real Asset Fund | | | | | Buy | 04/15/15 | K | | |
| 80. | | | | | Sold | 06/26/15 | K | A | |
| 81. -Nuveen Real Asset Income Fund | | | | | Buy | 06/26/15 | K | | |
| 82. IRA #2 | E | Div & Int | P1 | T | | | | | |
| 83. -Schwab Money Market Fund | | | | | Sold | 04/29/15 | J | A | |
| 84. -American Century Government Bond Fund | | | | | Sold | 05/05/15 | L | C | |
| 85. -American Century Short Term Bond Fund | | | | | Sold | 05/05/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kurren, Barry M. | 06/21/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -American Century Inflation Adjusted Bond Fund | | | | | Sold | 05/05/15 | K | B | |
| 87. -Heartland Value Plus Fund | | | | | Sold | 05/05/15 | K | C | |
| 88. -Sound Shore Fund | | | | | Sold | 05/06/15 | K | D | |
| 89. -Ishares Emerging Markets Index ETF | | | | | Sold | 05/05/15 | K | A | |
| 90. -Cohen & Steers Realty Fund | | | | | Sold | 05/05/15 | K | B | |
| 91. -Tocqueville International Value Fund | | | | | Sold | 05/05/15 | K | A | |
| 92. -Ishares S&P Smallcap Index ETF | | | | | Sold | 05/05/15 | K | E | |
| 93. -Ishares S&P Index ETF | | | | | Buy (add'l) | 03/11/15 | L | | |
| 94. | | | | | Buy (add'l) | 03/24/15 | M | | |
| 95. | | | | | Buy (add'l) | 05/05/15 | M | | |
| 96. -Ishares MSCI EAFE Index ETF | | | | | Sold | 05/05/15 | K | C | |
| 97. -Schwab International Equity ETF | | | | | Sold | 05/05/15 | K | B | |
| 98. -Schwab International SCAP ETF | | | | | Sold | 05/05/15 | K | B | |
| 99. -Fidelity Magellan Fund | | | | | Sold | 03/11/15 | L | E | |
| 100. -Fidelity Asset Manager Growth Fund | | | | | Sold | 03/11/15 | K | E | |
| 101. -Puritan Fund | | | | | Sold | 03/11/15 | K | E | |
| 102. -Fidelity Cash Reserves | | | | | Sold | 03/11/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kurren, Barry M. | 06/21/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Vanguard Prime Money Market Fund | | | | | Sold | 03/31/15 | N | E | |
| 104. -Thornburg International Value Fund | | | | | Sold | 05/04/15 | K | D | |
| 105. -Pimco Total Return Inst. Fund | | | | | Sold | 05/04/15 | K | B | |
| 106. -MFS Government Securities Fund | | | | | Sold | 05/04/15 | M | C | |
| 107. -Vanguard Developed Markets Index Fund | | | | | Sold | 05/04/15 | K | B | |
| 108. -Dreyfus Treasury Prime Money Market Fund | | | | | Buy | 03/11/15 | N | | |
| 109. | | | | | Buy (add'l) | 05/04/15 | N | | |
| 110. -Blackrock Global Allocation Fund | | | | | Buy | 03/11/15 | J | | |
| 111. | | | | | Buy (add'l) | 03/25/15 | J | | |
| 112. | | | | | Buy (add'l) | 05/05/15 | J | | |
| 113. -Ishares S&P Value Index ETF | | | | | Buy | 03/11/15 | J | | |
| 114. | | | | | Buy (add'l) | 03/24/15 | J | | |
| 115. | | | | | Buy (add'l) | 05/05/15 | K | | |
| 116. -Ishares MSCIEAFE Index ETF | | | | | Buy | 03/11/15 | K | | |
| 117. | | | | | Buy (add'l) | 03/24/15 | L | | |
| 118. | | | | | Buy (add'l) | 05/05/15 | M | | |
| 119. -Principal Diversified Real Asset Fund | | | | | Buy | 03/11/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kurren, Barry M. | 06/21/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 03/25/15 | J | | |
| 121. | | | | | Buy (add'l) | 05/05/15 | K | | |
| 122. | | | | | Sold | 06/26/15 | K | A | |
| 123. -Vanguard Short-Term Inflation Protected ETF | | | | | Buy | 03/11/15 | J | | |
| 124. | | | | | Buy (add'l) | 03/24/15 | J | | |
| 125. | | | | | Buy (add'l) | 05/05/15 | J | | |
| 126. -Vanguard FTSE Emerging Markets ETF | | | | | Buy | 03/11/15 | J | | |
| 127. | | | | | Buy (add'l) | 03/24/15 | K | | |
| 128. | | | | | Buy (add'l) | 05/05/15 | L | | |
| 129. -Vanguard Extended Markert ETF | | | | | Buy | 03/11/15 | K | | |
| 130. | | | | | Buy (add'l) | 03/24/15 | K | | |
| 131. | | | | | Buy (add'l) | 05/05/15 | M | | |
| 132. -Neuberger Berman Absolute Return Multi-Manager Fund | | | | | Buy | 03/12/15 | J | | |
| 133. - | | | | | Buy (add'l) | 03/25/15 | J | | |
| 134. | | | | | Buy (add'l) | 05/05/15 | K | | |
| 135. -Nuveen Real Asset Income Fund | | | | | Buy | 06/29/15 | K | | |
| 136. BHP Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kurren, Barry M. | 06/21/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  First Hawaiian Bank Account | A | Interest | N | T | | | | | |
| 138.  Hawaii Innovation Growth Fund | A | Dividend | J | T | | | | | |
| 139.  American Express Bank Account | A | Interest | | | Closed | 02/05/15 | M | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kurren, Barry M. | 06/21/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts, Line 1, Column B(2):  Rent was received during the reporting period.

Part VII. Investments and Trusts, Line 82:  IRAs 2, 3 and 4 and the HDS 401K were consolidated as of May 4, 2015.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Barry M. Kurren**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544